**United States District Court**
For the Northern District of California

1
2
3
4
5                           UNITED STATES DISTRICT COURT
6                           NORTHERN DISTRICT OF CALIFORNIA
7
8    JOHNNY LINDEL LEWIS,                        No. C-14-0071 EMC (pr)
9              Petitioner,
10        v.                                     **ORDER EXTENDING DEADLINE**
11   ELVIN VALENZUELA, Warden,
12             Respondent.
13   _____/
14
15        Petitioner's request for an extension of the deadline to file his traverse is **GRANTED**.
16   Docket # 16.  On or before **September 26, 2014**, Petitioner must file and serve on Respondent's
17   counsel his traverse.
18
19        IT IS SO ORDERED.
20
21   Dated:  July 25, 2014
22                                              _____
                                                EDWARD M. CHEN
23                                              United States District Judge
24
25
26
27
28