**United States District Court**
For the Northern District of California

1

2

3

4

5                           UNITED STATES DISTRICT COURT

6                           NORTHERN DISTRICT OF CALIFORNIA

7

8    JOHNNY LINDEL LEWIS,                        No. C-14-0071 EMC (pr)

9               Petitioner,

10        v.                                     **ORDER FURTHER EXTENDING
                                                 DEADLINE**
11   ELVIN VALENZUELA, Warden,

12              Respondent.
     _____/
13

14

15        Petitioner's request for a second extension of the deadline to file his traverse is GRANTED.

16   Docket # 23.  On or before **October 31, 2014**, Petitioner must file and serve on Respondent's

17   counsel his traverse.  No further extensions of this deadline should be expected.

18

19        IT IS SO ORDERED.

20

21   Dated: August 28, 2014

22                                               _____
                                                 EDWARD M. CHEN
23                                               United States District Judge

24

25

26

27

28